No. 88–6075. JAMES *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, 489 U. S. 1010.] Motion of petitioner for leave to file a reply brief out of time granted.

No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS *v.* ARKANSAS ET AL. Sup. Ct. Ark. [Certiorari granted, 492 U. S. 917.] Motion for appointment of counsel granted, and it is ordered that Arthur L. Allen, Esq., of Little Rock, Ark., be appointed to serve as counsel for petitioner in this case.

No. 88–7309. NOLLSCH *v.* WYOMING. Sup. Ct. Wyo.; and

No. 88–7487. STENGEL *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 23, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis.*